IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAFAEL JIMENEZ,

              Petitioner,

v.

ISRAEL JACQUEZ, Warden,
FCI Sheridan,

              Respondent.

No. 3:23-cv-00104-JR

ORDER

HERNÁNDEZ, District Judge:

      Magistrate Judge Russo issued a Findings and Recommendation on September 27, 2023, in which she recommends that the Court deny Petitioner's Petition for Writ of Habeas Corpus. F&R, ECF 11. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [11]. Accordingly, Petitioner's Petition for Writ of Habeas Corpus [1] is DENIED.

IT IS SO ORDERED.

DATED:  November 14, 2023  .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER